UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| KATHY AMBURN ANDERS, | CIVIL ACTION NO. 0:17-cv-02168-RBH |
| Plaintiff, | |
| v. | |
| NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations,<br>Performing the duties and functions<br>not reserved to the<br>Commissioner of Social Security, | |
| Defendant. | |

**ORDER**

The Defendant, Nancy A. Berryhill, Deputy Commissioner of Social Security, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings.[1]

**AND IT IS SO ORDERED.**

April 20, 2018                                    s/ R. Bryan Harwell
Florence, South Carolina                 R. Bryan Harwell
                                                          United States District Judge

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.